DANA M. O. VIOLA          6095
Corporation Counsel

NICHOLAS K. LEE          9332
Deputy Corporation Counsel
City and County of Honolulu
1001 Bishop Street, Suite 2020
Honolulu, Hawai'i  96813
Telephone: (808) 768-5151
Facsimile:  (808) 768-1300
Email address: nlee1@honolulu.gov

Attorney for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DEAN MICHAEL VENTURA, Individually, and as Personal Representative of The Estate of Brandon Michael Ventura, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU, WALLACE AINA, in his individual and official capacity; JARED NOMURA, in his individual and official capacity; SHAWN CAVACO, in his individual and official capacity; JOHN OTTO, in his individual and official capacity; JOSEPH TOMITA, in his individual and official capacity; FRANK PRINEA, in his individual and official capacity; JOHN CAMBRA, in his individual and official capacity; HENRY ROBINSON, in his | CIVIL NO. CV25-00361 <br><br> DEFENDANT-PETITIONER CITY AND COUNTY OF HONOLULU'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(C); DECLARATION OF COUNSEL; EXHIBIT "A"; CERTIFICATE OF SERVICE <br><br><br><br><br><br> Trial Date: None. |

individual and official capacity;
NATHAN SANTOS, in his individual and
official capacity; BRAD HEATHERLY, in
his individual capacity and official
capacity; and  DOE DEFENDANTS 12-
50,

        Defendants.

## DEFENDANT-PETITIONER CITY AND COUNTY OF HONOLULU'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(C)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant-Petitioner CITY AND COUNTY OF HONOLULU (hereinafter "the City"), by and through its attorneys, Dana M. O. Viola, Corporation Counsel, and Nicholas K. Lee, Deputy Corporation Counsel, and in accordance with 28 U.S.C. §§ 1331, 1441(c), 1446 hereby submit this Notice of Removal of the instant case from the Circuit Court of the First Circuit, State of Hawai'i, to this Honorable Court.  To the City's knowledge, the City is the sole defendant that has been served in this lawsuit.

On August 12, 2025, the City was served with a First Amended Complaint, Demand for Jury Trial, and Summons in an action entitled, DEAN MICHAEL VENTURA, Individually, and as Personal Representative of The Estate of Brandon Michael Ventura v. CITY AND COUNTY OF HONOLULU, WALLACE AINA, in his individual and official capacity; JARED NOMURA, in his individual and official capacity; SHAWN CAVACO, in his individual and official capacity; JOHN

OTTO, in his individual and official capacity; JOSEPH TOMITA, in his individual and official capacity; FRANK PRINEA, in his individual and official capacity; JOHN CAMBRA, in his individual and official capacity; HENRY ROBINSON, in his individual and official capacity; NATHAN SANTOS, in his individual and official capacity; BRAD HEATHERLY, in his individual capacity and official capacity; and DOE DEFENDANTS 12-50, Civil No. 1CCV-23-0001109, filed in the Circuit Court of the First Circuit, State of Hawai'i on August 12, 2025 (hereinafter referred to as the "Complaint"). A true and accurate copy of the aforementioned Complaint is attached hereto as Exhibit "A."

1. The Complaint alleges the following federal claims: (1) "excessive use of force violating the fourth and fourteenth amendment pursuant to 42 U.S.C. § 1983" (Color of Law) against SSD React Team Defendants (Count V) (Exhibit A, ¶¶ 83-88) and (2) "Failure to Properly Supervise, Hire, and Train Survival Action 42 U.S.C. § 1983" against all defendants (Count VI) (Exhibit A, ¶¶ 89-95).

2. The Complaint alleges the following state law claims: (1) "Negligence/Gross Negligence" against all defendants (Count I) (Exhibit A, ¶¶ 58-66), (2) "Assault and Battery" against SSD React Team Defendants (Count II) (Exhibit A, ¶¶ 67-72), (3) "Wrongful Death HRS § 663-3" against all defendants (Count III) (Exhibit A, ¶¶ 73-77), (4) "Substantive Due Process – Haw. Const. Art. I – Sec. 5" against all defendants (Count IV) (Exhibit A, ¶¶ 78-82),

- 3 -

(5) "Excessive Force" against SSD React Team Defendants (Count VII) (Exhibit A, ¶¶ 96-99), (6) "Municipal Liability" against Defendant City and County of Honolulu (Count VIII) (Exhibit A, ¶¶ 100-104), (7) Respondeat Superior and/or Vicarious Liability against Defendant City and County of Honolulu (Count IX) (Exhibit A, ¶¶ 105-111), (8) "Negligent Training/Negligent Supervision" against Defendant City and County of Honolulu (Count X) (Exhibit A, ¶¶ 112-116), (9) "Intentional Infliction of Emotional Distress" against all defendants (Count XI) (Exhibit A, ¶¶ 117-121), and (4) "Negligent Infliction of Emotional Distress" against all defendants (Count XII) (Exhibit A, ¶¶ 122-124).

3.     Plaintiff additionally asks for a general, special, and punitive damages, reimbursement of Plaintiff's costs and expenses herein, including but not limited to attorney's fees and costs, and an award of pre-and post-judgment interest. Exhibit A, at p. 19.

4.     Venue is proper in the District of Hawaiʻi under 28 U.S.C. §§ 1391(b) and 1441(a) because all defendants are residents of the State of Hawaiʻi in which the district is located and the events giving rise to the claims occurred in the judicial district of Hawaiʻi.

5.     The above-referenced action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, as the Complaint against the City includes claims or rights arising under the Constitution and laws of the United

- 4 -

States, and is one which the City is entitled to remove to this Court pursuant to 28 U.S.C. § 1441(a) & (c).

6.      This Notice is timely under 28 U.S.C. §1446(b) because it is filed within thirty days of receipt of the Complaint.

7.      There are no other served defendants at this time.

8.      Pursuant to 28 U.S.C. § 1446(d) a copy of this Notice shall be promptly served on Plaintiff's counsel of record and will be filed with the Clerk of the Court of the First Circuit, State of Hawai'i.

9.      By filing this Notice and removing this action to this Court, the City does not waive or compromise any claims, defenses, objections, or motions available in state law, including the defense that one or more parties was added after the statute of limitations ran.  The City expressly reserves the right to challenge the justiciability of the claim pursuant to the Federal Rules of Civil Procedure and/or any other rule or authority.

WHEREFORE, the City prays that the above referenced state court action now pending against it in the Circuit Court of the First Circuit, State of Hawai'i, be removed therefrom to this Court.

//

//

DATED:  Honolulu, Hawaiʻi, August 25, 2025.

DANA M. O. VIOLA
Corporation Counsel

By: /s/ Nicholas K. Lee
NICHOLAS K. LEE
Deputy Corporation Counsel

Attorney for Defendant
CITY AND COUNTY OF HONOLULU